UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAINELL CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-CV-366-TRM-DCP |
| | ) | |
| EAGLE TRANZ, INC., and VARINDER PAL SINGH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Compel Discovery [Doc. 34], filed on March 31, 2021. Specifically, Plaintiff states that she served Defendants with her First Set of Interrogatories and First Requests for Production of Documents ("Discovery Requests") on December 31, 2020.[1] Plaintiff granted Defendants multiple extensions to respond to the Discovery Requests, but Defendants have not responded. Plaintiff requests an order compelling Defendants to produce all documents and physical items immediately without exception, objection, or limitation. Finally, Plaintiff requests sanctions pursuant to Federal Rule of Civil Procedure 37.

The Court notes that no party has responded to the Motion, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). Accordingly, the Motion to Compel Discovery [**Doc. 34**] is **GRANTED IN PART AND DENIED IN PART**. The Court **ORDERS** Defendants to respond to

---

[1] Plaintiff attached the Discovery Requests that she served on Defendant Eagle Tranz, Inc. [Doc. 34-1] and Defendant Varinder Pal Singe [Doc. 34-2] as exhibits to the Motion.

their respective Discovery Requests within fourteen (14) days of entry of the instant Order. The Court declines to award sanctions at this juncture because Plaintiff does not specify the sanctions she seeks. Defendants, however, are **ADMONISHED** that the failure to comply with the instant Order may warrant sanctions, including default judgment. *See* Fed. R. Civ. P. 37(A)(i)-(vii).

    **IT IS SO ORDERED**.

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge